# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Maryland Clean Energy Center

Location of Plaintiff(s)/Petitioner(s) (city/state): College Park, Maryland

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
    Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Nature of Suit Code: 134

Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $62,050,000

Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
    Is plaintiff a small business?              ☐ Yes  ☐ No
    Was this action proceeded by the filing of a  ☐ Yes  ☐ No      Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes  ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of Arizona _____

Location of Plaintiff(s)/Petitioner(s) (city/state): Phoenix, Arizona _____

_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky _____
      Firm Name:  Office of the Attorney General _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____
Street Address:    200 Saint Paul Place
City-State-ZIP:    Baltimore, MD  21202
Telephone Number:  (410) 576-7057
E-mail Address:   LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

---

Nature of Suit Code: 134 _____    Agency Identification Code: EPA _____
Select only one (three digit) nature-of-suit code from the attached sheet.   Number of Claims Involved: 2 _____

Amount Claimed: $ 155,720,000 _____
           Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
    Is plaintiff a small business?        ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No   Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: California Public Utilities Commission _____

Location of Plaintiff(s)/Petitioner(s) (city/state): San Francisco, California _____

_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky _____
    Firm Name: Office of the Attorney General _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑Yes ☐No

---

Nature of Suit Code: 134 _____
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA _____
Number of Claims Involved: 2 _____

Amount Claimed: $249,400,000 _____
    Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business? ☐Yes ☐No
    Was this action proceeded by the filing of a ☐Yes ☐No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐Yes ☐No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐Yes ☑No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of Colorado

Location of Plaintiff(s)/Petitioner(s) (city/state): Denver, Colorado

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
        Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

---

Nature of Suit Code: 134                    Agency Identification Code: EPA
Select only one (three digit) nature-of-suit code from the attached sheet.    Number of Claims Involved: 2

Amount Claimed: $155,720,000
        Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business?                    ☐ Yes ☐ No
    Was this action proceeded by the filing of a    ☐ Yes ☐ No        Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed    ☐ Yes ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: **State of Connecticut**

Location of Plaintiff(s)/Petitioner(s) (city/state): **Hartford, Connecticut**

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): **Lauren Gorodetsky**
    Firm Name: **Office of the Attorney General**

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: **200 Saint Paul Place**
City-State-ZIP: **Baltimore, MD  21202**
Telephone Number: **(410) 576-7057**
E-mail Address: **LGorodetsky@oag.state.md.us**

Is the attorney of record admitted to the Court of Federal Claims Bar?  [✔] Yes  [ ] No

Nature of Suit Code: **134**
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: **EPA**
Number of Claims Involved: **2**

Amount Claimed: $**62,050,000**
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business? [ ] Yes [ ] No
    Was this action proceeded by the filing of a [ ] Yes [ ] No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? [ ] Yes [ ] No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed [ ] Yes [✔] No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: District of Columbia _____

Location of Plaintiff(s)/Petitioner(s) (city/state): Washington, D.C. _____

_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky _____
    Firm Name: Office of the Attorney General _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____
Street Address: 200 Saint Paul Place _____
City-State-ZIP: Baltimore, MD  21202 _____
Telephone Number: (410) 576-7057 _____
E-mail Address: LGorodetsky@oag.state.md.us _____

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Nature of Suit Code: 134 _____    Agency Identification Code: EPA _____
Select only one (three digit) nature-of-suit code from the attached sheet.    Number of Claims Involved: 2 _____

Amount Claimed: $62,050,000 _____
    Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business?    ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of Hawai'i

Location of Plaintiff(s)/Petitioner(s) (city/state): Honolulu, Hawai'i

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
        Firm Name:   Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address:         200 Saint Paul Place
City-State-ZIP:         Baltimore, MD  21202
Telephone Number:       (410) 576-7057
E-mail Address:         LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar?  ✔ Yes  ☐ No

---

Nature of Suit Code: 134                    Agency Identification Code: EPA

Select only one (three digit) nature-of-suit code from the attached sheet.    Number of Claims Involved: 2

Amount Claimed: $62,050,000
                Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
        Is plaintiff a small business?                  ☐ Yes  ☐ No
        Was this action proceeded by the filing of a  ☐ Yes  ☐ No      Solicitation No. _____
        protest before the GAO?
        If yes, was a decision on the merits rendered? ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes  ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Illinois Finance Authority

Location of Plaintiff(s)/Petitioner(s) (city/state): Chicago, Illinois

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
    Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔ Yes ☐ No

Nature of Suit Code: 134
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $155,720,000
    Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business? ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Office of the Governor ex rel. Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky

Location of Plaintiff(s)/Petitioner(s) (city/state): Frankfort, Kentucky

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
  Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD 21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Nature of Suit Code: 134
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $62,050,000
  Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
  Is plaintiff a small business? ☐ Yes ☐ No
  Was this action proceeded by the filing of a ☐ Yes ☐ No Solicitation No. _____
  protest before the GAO?
  If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of Maine

Location of Plaintiff(s)/Petitioner(s) (city/state): Augusta, Maine

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
     Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD 21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔Yes ☐No

Nature of Suit Code: 134
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $61,720,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
     Is plaintiff a small business?               ☐Yes ☐No
     Was this action proceeded by the filing of a ☐Yes ☐No      Solicitation No. _____
     protest before the GAO?
     If yes, was a decision on the merits rendered? ☐Yes ☐No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed   ☐Yes ✔No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Commonwealth of Massachusetts

Location of Plaintiff(s)/Petitioner(s) (city/state): Boston, Massachusetts

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
        Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar?  ✔ Yes  ☐ No

---

Nature of Suit Code: 134                    Agency Identification Code: EPA

Select only one (three digit) nature-of-suit code from the attached sheet.    Number of Claims Involved: 2

Amount Claimed: $ 155,720,000
        Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business?                ☐ Yes  ☐ No
    Was this action proceeded by the filing of a  ☐ Yes  ☐ No       Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes  ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims

## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of Michigan

Location of Plaintiff(s)/Petitioner(s) (city/state): Lansing, Michigan

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
    Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD 21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔ Yes ☐ No

---

Nature of Suit Code: 134
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $155,720,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business? ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of Minnesota _____

Location of Plaintiff(s)/Petitioner(s) (city/state): Saint Paul, Minnesota _____

_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky _____
    Firm Name: Office of the Attorney General _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____
Street Address:   200 Saint Paul Place _____
City-State-ZIP:   Baltimore, MD  21202 _____
Telephone Number:  (410) 576-7057 _____
E-mail Address:   LGorodetsky@oag.state.md.us _____

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

_____

Nature of Suit Code: 134 _____    Agency Identification Code: EPA _____
Select only one (three digit) nature-of-suit code from the attached sheet.  Number of Claims Involved: 2 _____

Amount Claimed: $62,050,000 _____
    Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business?     ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No   Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed   ☐ Yes ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Nevada Clean Energy Fund

Location of Plaintiff(s)/Petitioner(s) (city/state): Reno, Nevada

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
        Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔ Yes ☐ No

Nature of Suit Code: 134

Agency Identification Code: EPA

Select only one (three digit) nature-of-suit code from the attached sheet.

Number of Claims Involved: 2

Amount Claimed: $155,720,000
        Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
        Is plaintiff a small business?                ☐ Yes ☐ No
        Was this action proceeded by the filing of a ☐ Yes ☐ No        Solicitation No. _____
        protest before the GAO?
        If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of New Jersey

Location of Plaintiff(s)/Petitioner(s) (city/state): Trenton, New Jersey

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD 21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔ Yes ☐ No

Nature of Suit Code: 134          Agency Identification Code: EPA
Select only one (three digit) nature-of-suit code from the attached sheet.    Number of Claims Involved: 2

Amount Claimed: $155,720,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business?                         ☐ Yes ☐ No
Was this action proceeded by the filing of a  ☐ Yes ☐ No        Solicitation No. _____
protest before the GAO?
If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims

## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of New Mexico

Location of Plaintiff(s)/Petitioner(s) (city/state): Santa Fe, New Mexico

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
        Firm Name:  Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address:        200 Saint Paul Place
City-State-ZIP:        Baltimore, MD  21202
Telephone Number:    (410) 576-7057
E-mail Address:        LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☑ Yes  ☐ No

---

Nature of Suit Code: 134

Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $ 155,720,000
        Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
        Is plaintiff a small business?                    ☐ Yes  ☐ No
        Was this action proceeded by the filing of a   ☐ Yes  ☐ No        Solicitation No. _____
        protest before the GAO?
        If yes, was a decision on the merits rendered? ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed   ☐ Yes  ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: New York State Energy Research & Development Authority

Location of Plaintiff(s)/Petitioner(s) (city/state): Albany, New York

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
    Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☑ Yes  ☐ No

Nature of Suit Code: 134
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $249,400,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $
    Is plaintiff a small business?  ☐ Yes  ☐ No
    Was this action proceeded by the filing of a  ☐ Yes  ☐ No   Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes  ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of North Carolina

Location of Plaintiff(s)/Petitioner(s) (city/state): Raleigh, North Carolina

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
    Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: 
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔ Yes ☐ No

---

Nature of Suit Code: 134

Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $ 155,720,000

Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
    Is plaintiff a small business? ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of Oregon

Location of Plaintiff(s)/Petitioner(s) (city/state): Salem, Oregon

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
      Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar?  ✔ Yes ☐ No

Nature of Suit Code: 134        Agency Identification Code: EPA

Select only one (three digit) nature-of-suit code from the attached sheet.    Number of Claims Involved: 2

Amount Claimed: $86,200,000
          Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $
      Is plaintiff a small business?              ☐ Yes ☐ No
      Was this action proceeded by the filing of a ☐ Yes ☐ No    Solicitation No. _____
      protest before the GAO?
      If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Pennsylvania Energy Development Authority

Location of Plaintiff(s)/Petitioner(s) (city/state): Harrisburg, Pennsylvania

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
    Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD 21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

---

Nature of Suit Code: 134
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $155,720,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business? ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ☑ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of Rhode Island

Location of Plaintiff(s)/Petitioner(s) (city/state): Providence, Rhode Island

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
    Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar? ✔ Yes ☐ No

Nature of Suit Code: 134

Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $48,930,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $
    Is plaintiff a small business? ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No    Solicitation No.
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group:

Takings Case:
Specify Location of Property (city/state):

Vaccine Case:
Date of Vaccination:

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of Vermont _____

Location of Plaintiff(s)/Petitioner(s) (city/state): Montpelier, Vermont _____
_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky _____
    Firm Name: Office of the Attorney General _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____
Street Address: 200 Saint Paul Place _____
City-State-ZIP: Baltimore, MD  21202 _____
Telephone Number: (410) 576-7057 _____
E-mail Address: LGorodetsky@oag.state.md.us _____

Is the attorney of record admitted to the Court of Federal Claims Bar?  ✔ Yes ☐ No

---

Nature of Suit Code: 134 _____          Agency Identification Code: EPA _____
Select only one (three digit) nature-of-suit code from the attached sheet.          Number of Claims Involved: 2 _____

Amount Claimed: $62,050,000 _____
              Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business?          ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No          Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: State of Washington

Location of Plaintiff(s)/Petitioner(s) (city/state): Olympia, Washington

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky
    Firm Name: Office of the Attorney General

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: 
Street Address: 200 Saint Paul Place
City-State-ZIP: Baltimore, MD  21202
Telephone Number: (410) 576-7057
E-mail Address: LGorodetsky@oag.state.md.us

Is the attorney of record admitted to the Court of Federal Claims Bar?  ✔ Yes ☐ No

---

Nature of Suit Code: 134

Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: EPA
Number of Claims Involved: 2

Amount Claimed: $155,720,000

Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business? ☐ Yes ☐ No
    Was this action proceeded by the filing of a ☐ Yes ☐ No     Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed ☐ Yes ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193

# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Wisconsin Economic Development Corporation _____

Location of Plaintiff(s)/Petitioner(s) (city/state): Madison, Wisconsin _____

_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Lauren Gorodetsky _____
        Firm Name: Office of the Attorney General _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:                  _____
Street Address:           200 Saint Paul Place _____
City-State-ZIP:           Baltimore, MD  21202 _____
Telephone Number:         (410) 576-7057 _____
E-mail Address:           LGorodetsky@oag.state.md.us _____

Is the attorney of record admitted to the Court of Federal Claims Bar?  ✔ Yes  ☐ No

_____

Nature of Suit Code: 134 _____        Agency Identification Code: EPA _____
Select only one (three digit) nature-of-suit code from the attached sheet.        Number of Claims Involved: 2 _____

Amount Claimed: $62,050,000 _____
            Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business?              ☐ Yes  ☐ No
    Was this action proceeded by the filing of a  ☐ Yes  ☐ No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered? ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes  ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

193