**TABLE OF EXHIBITS**

| Exhibit | State | Description |
|---|---|---|
| A | — | EPA Revised Solar for All Notice of Funding Opportunity (Aug. 31, 2023) |
| B | Maryland | Solar for All Application (Oct. 12, 2023) |
| | | *C Exhibits — Initial Grant Agreements* |
| C1 | Maryland | Initial Grant Agreement (July 12, 2024) |
| C2 | Arizona | Initial Grant Agreement (July 8, 2024) |
| C3 | California | Initial Grant Agreement (July 11, 2024) |
| C4 | Colorado | Initial Grant Agreement (July 12, 2024) |
| C5 | Connecticut | Initial Grant Agreement (July 12, 2024) |
| C6 | District of Columbia | Initial Grant Agreement (July 12, 2024) |
| C7 | Hawai‘i | Initial Grant Agreement (July 11, 2024) |
| C8 | Illinois | Initial Grant Agreement (July 11, 2024) |
| C9 | Kentucky | Initial Grant Agreement (July 12, 2024) |
| C10 | Maine | Initial Grant Agreement (July 11, 2024) |
| C11 | Massachusetts | Initial Grant Agreement (July 11, 2024) |
| C12 | Michigan | Initial Grant Agreement (July 11, 2024) |
| C13 | Minnesota | Initial Grant Agreement (July 9, 2024) |
| C14 | Nevada | Initial Grant Agreement (July 12, 2024) |
| C15 | New Jersey | Initial Grant Agreement (July 16, 2024) |
| C16 | New Mexico | Initial Grant Agreement (July 12, 2024) |
| C17 | New York | Initial Grant Agreement (July 12, 2024) |
| C18 | North Carolina | Initial Grant Agreement (July 11, 2024) |
| C19 | Oregon | Initial Grant Agreement (July 11, 2024) |
| C20 | Pennsylvania | Initial Grant Agreement (July 16, 2024) |

| | | |
|---|---|---|
| C21 | Rhode Island | Initial Grant Agreement (July 15, 2024) |
| C22 | Vermont | Initial Grant Agreement (July 15, 2024) |
| C23 | Washington | Initial Grant Agreement (July 11, 2024) |
| C24 | Wisconsin | Initial Grant Agreement (July 11, 2024) |
| | *D Exhibits — Solar for All Work Plans* | |
| D1 | Maryland | Solar for All Work Plan |
| D2 | Arizona | Solar for All Work Plan |
| D3 | California | Solar for All Work Plan |
| D4 | Colorado | Solar for All Work Plan |
| D5 | Connecticut | Solar for All Work Plan |
| D6 | District of Columbia | Solar for All Work Plan |
| D7 | Hawaiʻi | Solar for All Work Plan |
| D8 | Illinois | Solar for All Work Plan |
| D9 | Kentucky | Solar for All Work Plan |
| D10 | Maine | Solar for All Work Plan |
| D11 | Massachusetts | Solar for All Work Plan |
| D12 | Michigan | Solar for All Work Plan |
| D13 | Minnesota | Solar for All Work Plan |
| D14 | Nevada | Solar for All Work Plan |
| D15 | New Jersey | Solar for All Work Plan |
| D16 | New Mexico | Solar for All Work Plan |
| D17 | New York | Solar for All Work Plan |
| D18 | North Carolina | Solar for All Work Plan |
| D19 | Oregon | Solar for All Work Plan |
| D20 | Pennsylvania | Solar for All Work Plan |
| D21 | Rhode Island | Solar for All Work Plan |
| D22 | Vermont | Solar for All Work Plan |
| D23 | Washington | Solar for All Work Plan |
| D24 | Wisconsin | Solar for All Work Plan |

| | | |
|---|---|---|
| | *E Exhibits — Amended Grant Agreements* | |
| E1 | Maryland | Amended Grant Agreement (Dec. 13, 2024) |
| E2 | Arizona | Amended Grant Agreement (Dec. 4, 2024) |
| E3 | California | Amended Grant Agreement (Dec. 16, 2024) |
| E4 | California | Amended Grant Agreement (Revised) (Jan. 22, 2025) |
| E5 | Colorado | Amended Grant Agreement (Dec. 4, 2024) |
| E6 | Connecticut | Amended Grant Agreement (Dec. 11, 2024) |
| E7 | District of Columbia | Amended Grant Agreement (Dec. 19, 2024) |
| E8 | Hawaiʻi | Amended Grant Agreement (Dec. 16, 2024) |
| E9 | Illinois | Amended Grant Agreement (Dec. 9, 2024) |
| E10 | Kentucky | Amended Grant Agreement (Dec. 19, 2024) |
| E11 | Maine | Amended Grant Agreement (Dec. 19, 2024) |
| E12 | Massachusetts | Amended Grant Agreement (Dec. 9, 2024) |
| E13 | Michigan | Amended Grant Agreement (Dec. 11, 2024) |
| E14 | Minnesota | Amended Grant Agreement (Dec. 9, 2024) |
| E15 | Nevada | Amended Grant Agreement (Dec. 4, 2024) |
| E16 | New Jersey | Amended Grant Agreement (Dec. 10, 2024) |
| E17 | New Mexico | Amended Grant Agreement (Dec. 17, 2024) |
| E18 | New York | Amended Grant Agreement (Dec. 4, 2024) |
| E19 | North Carolina | Amended Grant Agreement (Dec. 18, 2024) |
| E20 | Oregon | Amended Grant Agreement (Jan. 8, 2025) |
| E21 | Pennsylvania | Amended Grant Agreement (Dec. 19, 2024) |
| E22 | Rhode Island | Amended Grant Agreement (Dec. 16, 2024) |
| E23 | Vermont | Amended Grant Agreement (Dec. 18, 2024) |
| E24 | Washington | Amended Grant Agreement (Jan. 14, 2025) |
| E25 | Wisconsin | Amended Grant Agreement (Dec. 11, 2024) |

| | | *F Exhibits — ASAP Account Statements* |
|---|---|---|
| F1 | Maryland | ASAP Account Statement (Aug. 14, 2025) |
| F2 | Arizona | ASAP Account Statement (Sept. 25, 2025) |
| F3 | California | ASAP Account Statement (Sept. 29, 2025) |
| F4 | Colorado | ASAP Account Statement (Oct. 6, 2025) |
| F5 | Connecticut | ASAP Account Statement (Sept. 3, 2025) |
| F6 | District of Columbia | ASAP Account Statement (Oct. 7, 2025) |
| F7 | Hawaiʻi | ASAP Account Statement (Sept. 25, 2025) |
| F8 | Illinois | ASAP Account Statement (Oct. 8, 2025) |
| F9 | Kentucky | ASAP Account Statement (Sept. 26, 2025) |
| F10 | Maine | ASAP Account Statement (Oct. 2, 2025) |
| F11 | Massachusetts | ASAP Account Statement (Oct. 7, 2025) |
| F12 | Michigan | ASAP Account Statement (Sept. 26, 2025) |
| F13 | Minnesota | ASAP Account Statement (Oct. 7, 2025) |
| F14 | Nevada | ASAP Account Statement (Sept. 29, 2025) |
| F15 | New Jersey | ASAP Account Statement (Sept. 29, 2025) |
| F16 | New Mexico | ASAP Account Statement (Oct. 1, 2025) |
| F17 | New York | ASAP Account Statement (Oct. 6, 2025) |
| F18 | North Carolina | ASAP Account Statement (Oct. 10, 2025) |
| F19 | Oregon | ASAP Account Statement (Sept. 26, 2025) |
| F20 | Pennsylvania | ASAP Account Statement (Sept. 26, 2025) |
| F21 | Rhode Island | ASAP Account Statement (Oct. 6, 2025) |
| F22 | Vermont | ASAP Account Statement (Sept. 29, 2025) |
| F23 | Washington | ASAP Account Statement (Oct. 6, 2025) |
| F24 | Wisconsin | ASAP Account Statement (Aug. 26, 2025) |
| | | *G Exhibits — Termination Memoranda* |
| G1 | Maryland | Termination Memorandum (Aug. 7, 2025) |
| G2 | Arizona | Termination Memorandum (Aug. 7, 2025) |
| G3 | California | Termination Memorandum (Aug. 7, 2025) |

| | | |
|---|---|---|
| G4 | Colorado | Termination Memorandum (Aug. 7, 2025) |
| G5 | Connecticut | Termination Memorandum (Aug. 7, 2025) |
| G6 | District of Columbia | Termination Memorandum (Aug. 7, 2025) |
| G7 | Hawaiʻi | Termination Memorandum (Aug. 7, 2025) |
| G8 | Illinois | Termination Memorandum (Aug. 7, 2025) |
| G9 | Kentucky | Termination Memorandum (Aug. 7, 2025) |
| G10 | Maine | Termination Memorandum (Aug. 7, 2025) |
| G11 | Massachusetts | Termination Memorandum (Aug. 7, 2025) |
| G12 | Michigan | Termination Memorandum (Aug. 7, 2025) |
| G13 | Minnesota | Termination Memorandum (Aug. 7, 2025) |
| G14 | Nevada | Termination Memorandum (Aug. 7, 2025) |
| G15 | New Jersey | Termination Memorandum (Aug. 7, 2025) |
| G16 | New Mexico | Termination Memorandum (Aug. 7, 2025) |
| G17 | New York | Termination Memorandum (Aug. 7, 2025) |
| G18 | North Carolina | Termination Memorandum (Aug. 7, 2025) |
| G19 | Oregon | Termination Memorandum (Aug. 7, 2025) |
| G20 | Pennsylvania | Termination Memorandum (Aug. 7, 2025) |
| G21 | Rhode Island | Termination Memorandum (Aug. 7, 2025) |
| G22 | Vermont | Termination Memorandum (Aug. 7, 2025) |
| G23 | Washington | Termination Memorandum (Aug. 7, 2025) |
| G24 | Wisconsin | Termination Memorandum (Aug. 7, 2025) |
| | *H Exhibits — Termination Amendments* | |
| H1 | Maryland | Termination Amendment (Aug. 8, 2025) |
| H2 | Arizona | Termination Amendment (Aug. 8, 2025) |
| H3 | California | Termination Amendment (Aug. 8, 2025) |
| H4 | Colorado | Termination Amendment (Aug. 7, 2025) |
| H5 | Connecticut | Termination Amendment (Aug. 8, 2025) |
| H6 | District of Columbia | Termination Amendment (Undated) |
| H7 | Hawaiʻi | Termination Amendment (Aug. 7, 2025) |

| | | |
|---|---|---|
| H8 | Illinois | Termination Amendment (Aug. 7, 2025) |
| H9 | Kentucky | Termination Amendment (Aug. 8, 2025) |
| H10 | Maine | Termination Amendment (Aug. 8, 2025) |
| H11 | Massachusetts | Termination Amendment (Aug. 8, 2025) |
| H12 | Michigan | Termination Amendment (Aug. 7, 2025) |
| H13 | Minnesota | Termination Amendment (Aug. 8, 2025) |
| H14 | Nevada | Termination Amendment (Aug. 7, 2025) |
| H15 | New Jersey | Termination Amendment (Aug. 8, 2025) |
| H16 | New Mexico | Termination Amendment (Aug. 7, 2025) |
| H17 | New York | Termination Amendment (Aug. 8, 2025) |
| H18 | North Carolina | Termination Amendment (Aug. 8, 2025) |
| H19 | Oregon | Termination Amendment (Aug. 8, 2025) |
| H20 | Pennsylvania | Termination Amendment (Aug. 7, 2025) |
| H21 | Rhode Island | Termination Amendment (Aug. 8, 2025) |
| H22 | Vermont | Termination Amendment (Aug. 8, 2025) |
| H23 | Washington | Termination Amendment (Aug. 7, 2025) |
| H24 | Wisconsin | Termination Amendment (Aug. 8, 2025) |
| I | Maryland | Notice of Disagreement (Aug. 27, 2025) |
| J | Maryland | Formal Dispute (Sept. 5, 2025) |
| K | — | EPA Acknowledgment of Formal Dispute (Sept. 8, 2025) |
| L | — | EPA Closeout Instructions (Oct. 1, 2025) |