# EXHIBIT I



## MARYLAND
### CLEAN ENERGY CENTER

From: Amy Gillespie
Maryland Clean Energy Center
5000 College Avenue, Suite 31010
College Park, MD 20740

To: Devon Brown, EPA Award Official
U.S. Environmental Protection Agency
Office of the Greenhouse Gas Reduction Fund
Office of the Administrator
1200 Pennsylvania Avenue NW
Washington DC 20460

CC: Molina Micheal
Molina.micheal@epa.gov

Date: August 27, 2025

     Re:    Disagreement with Assistance Agreement Amendment (Grant No./FAIN 5H – 84090101) dated August 8, 2025, and Reservation of Rights to Pursue Administrative Remedies

Dear Mr. Brown,

    The Maryland Clean Energy Center (MCEC) is writing to notify EPA that we disagree with the terms of the Solar for All Assistance Agreement Amendment (Grant No. FAIN 5H – 84090101) we received on August 8, 2025 (attached via email as *Exhibit A*). If we decide to seek administrative remedies to dispute the purported termination of the Solar for All Award, we will do so within the 30 days indicated in the Termination Letter, dated August 7, 2025 (attached via email as *Exhibit B*). The Termination Letter outlined a Dispute process pursuant to the guidelines in 2 C.F.R. § 1500.15, providing us with 30 days to file a dispute with the Dispute Decision Official. We disagree with the Assistance Agreement Amendment terms that attempt to set a shorter timeline for dispute and would construe future drawdowns of awarded funds as a waiver of dispute rights.

    The August 7 Termination Letter stated, "The EPA Grants Management Office will issue an amendment to the agreement to document the termination.". On August 8, 2025, we received the Assistance Agreement Amendment, several aspects of which we consider improper. However, specifically, the following section in the Assistance Agreement Amendment is inconsistent with the 30-day dispute period provided in the Termination Letter:

    *"If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA*



*Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments."*

The Assistance Agreement Amendment also contained an error in its calculation of the original value of the grant.[1] The inconsistency in the award amount and the timeline to file a notice of disagreement, led us to believe that this statement was included in error. Nonetheless, please accept this letter as MCEC's notice of disagreement with the terms and conditions of the Assistance Agreement Amendment dated August 8, 2025.

MCEC also disagrees with any suggestion in the Assistance Agreement Amendment that any attempt to draw down funds could function as a waiver of MCEC's dispute rights. This is contrary to the regulations authorizing grantees to draw down eligible costs incurred prior to termination per 2 C.F.R. § 200.305(b)(3) as well as the Termination Letter's specific statement that costs incurred prior to the termination date are allowable.[2]

As the Termination Letter cites 2 C.F.R § 1500.15 and outlines a dispute process with a 30-day deadline for submission of a dispute, if we decide to pursue administrative remedies, we will follow the dispute process set forth in the Termination Letter and applicable regulations within 30 days from the date of the Termination Letter.

Please acknowledge receipt of this notice of disagreement and contact MCEC via the below signed designee to discuss resolution of this disagreement as soon as possible.

Amy Gillespie
Grants Administration & Compliance Officer
Maryland Clean Energy Center
agillespie@mdcleanenergy.org

---

[1] Specifically, the same provision in the Assistance Agreement Amendment that contained the contradictory dispute timeline also stated: "Based on your Application dated 10/12/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 62,450,000.00."
[2] The Assistance Amendment attempts to incorporate terms that state: "Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date." MCEC formally disputes the legality and applicability of this term to its Solar for All award and any future actions it may take pursuant to the original award and the Termination Letter.