**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

MARYLAND CLEAN ENERGY CENTER, STATE OF ARIZONA, CALIFORNIA PUBLIC UTILITIES COMMISSION, STATE OF COLORADO, STATE OF CONNECTICUT, DISTRICT OF COLUMBIA, STATE OF HAWAI'I, ILLINOIS FINANCE AUTHORITY, OFFICE OF THE GOVERNOR *EX REL*. ANDY BESHEAR, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF KENTUCKY, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, NEVADA CLEAN ENERGY FUND, STATE OF NEW JERSEY, STATE OF NEW MEXICO, NEW YORK STATE ENERGY RESEARCH AND DEVELOPMENT AUTHORITY, STATE OF NORTH CAROLINA, STATE OF OREGON, PENNSYLVANIA ENERGY DEVELOPMENT AUTHORITY, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, WISCONSIN ECONOMIC DEVELOPMENT CORPORATION,

        Plaintiffs,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Civ. No. 25-1738 C
Judge Loren A. Smith

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Court of Federal Claims Rule 83.1(a)(2), I, Lauren Gorodetsky, a member of the bar of this Court and attorney of record for the Plaintiff State of Vermont, hereby respectfully move for the admission *pro hac vice* of Jonathan Rose, a member of the bar of Vermont, to serve as counsel for Plaintiff Vermont in this matter.

1

This motion is accompanied by a declaration by Jonathan Rose that sets forth: (i) Jonathan Rose's full name; (ii) Jonathan Rose's address, e-mail address, and telephone number; and (iii) a statement that Jonathan Rose is a member in good standing of the bar of the highest court of Vermont.  Jonathan Rose also acknowledges that a person admitted to appear *pro hac vice* is within the disciplinary jurisdiction of this Court.

WHEREFORE, this Court should admit Jonathan Rose *pro hac vice* to the bar of this Court.

Dated: October 31, 2025                    Respectfully submitted,

*/s/ Lauren Gorodetsky*
Lauren Gorodetsky
*Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-7057
LGorodetsky@oag.state.md.us

*Attorney of record for State of Vermont*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to registered participants as identified in the Notice of Electronic Filing (NEF).


Dated: October 31, 2025                    Respectfully submitted,

                                           */s/ Lauren Gorodetsky*
                                           Lauren Gorodetsky
                                           *Assistant Attorney General*
                                           Office of the Attorney General
                                           200 Saint Paul Place
                                           Baltimore, Maryland 21202
                                           (410) 576-7057
                                           LGorodetsky@oag.state.md.us

                                           *Attorney of record for State of Vermont*

3