**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MARYLAND CLEAN ENERGY CENTER, STATE OF ARIZONA, CALIFORNIA PUBLIC UTILITIES COMMISSION, STATE OF COLORADO, STATE OF CONNECTICUT, DISTRICT OF COLUMBIA, STATE OF HAWAIʻI, ILLINOIS FINANCE AUTHORITY, OFFICE OF THE GOVERNOR *EX REL*. ANDY BESHEAR, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF KENTUCKY, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, NEVADA CLEAN ENERGY FUND, STATE OF NEW JERSEY, STATE OF NEW MEXICO, NEW YORK STATE ENERGY RESEARCH AND DEVELOPMENT AUTHORITY, STATE OF NORTH CAROLINA, STATE OF OREGON, PENNSYLVANIA ENERGY DEVELOPMENT AUTHORITY, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, WISCONSIN ECONOMIC DEVELOPMENT CORPORATION, <br><br> Plaintiffs, <br><br>　　v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civ. No. 25-1738 C <br> Judge Loren A. Smith |

**DECLARATION OF JONATHAN ROSE**

Pursuant to Court of Federal Claims Rule 83.1(a)(2), I, Jonathan Rose, hereby declare in support of my admission *pro hac vice* to serve as counsel for plaintiff Jonathan Rose in this matter:

1. My full name is Jonathan Todd Rose.

1

2. I am the Solicitor General in the Vermont Office of the Attorney General.  My address is 109 State St. Montpelier, VT 05609; my e-mail address is jonathan.rose@vermont.gov; and my telephone number is (802) 828-3171.

3. I am a member in good standing of the bar of the highest court of Vermont.

4. I acknowledge that a person admitted to appear *pro hac vice* is within the disciplinary jurisdiction of this Court.

   WHEREFORE, I respectfully submit that I be permitted to appear *pro hac vice* to serve as counsel for Plaintiff Vermont in this matter.

Dated: October 31, 2025

Respectfully submitted,

*/s/ Jonathan T. Rose*
Jonathan T. Rose
Solicitor General
109 State Street
Montpelier, VT 05609
802-828-3171
jonathan.rose@vermont.gov