# In the United States Court of Federal Claims

No. 25-1738
Filed: December 16, 2025

|  |  |
|---|---|
| MARYLAND CLEAN ENERGY CENTER, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| THE UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## SCHEDULING ORDER

On December 12, 2025, the Court held a status conference regarding defendant's motion to stay and plaintiff's response in opposition. *See* ECF Nos. 50, 52. The Court ordered supplemental briefing on the question of whether a stay is appropriate and orders the following schedule:

- The parties **SHALL** file their supplemental briefs, if any, on the motion to stay on or before **January 9, 2026**.

- The Court will hold in-person oral arguments on **January 21, 2026, at 2:00 PM ET**.

Plaintiff's answer deadline of December 15, 2025, and defendant's motion for summary judgment deadline of December 17, 2025, are **SUSPENDED**.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge