| | |
|---|---|
| **From:** | Yang, Catherine M (CIV) |
| **To:** | Kuntz III, Darrell W.; Iarossi, Albert S. (CIV) |
| **Cc:** | Keenan, Megan C. |
| **Subject:** | RE: Maryland Clean Energy Center v. United States - Court of Federal Claims |
| **Date:** | Thursday, February 19, 2026 5:32:20 PM |

Darrell, as discussed on our call, we will consent to consolidating the Virginia action with the Maryland action, with the Maryland schedule to govern both actions and filings to be made just once in the Maryland case. Can you please share a draft of your motion? Thanks, Catherine

**From:** Kuntz III, Darrell W. <DKuntz@oag.state.va.us>
**Sent:** Thursday, February 19, 2026 7:09 AM
**To:** Iarossi, Albert S. (CIV) <Albert.S.Iarossi@usdoj.gov>
**Cc:** Yang, Catherine M (CIV) <Catherine.M.Yang@usdoj.gov>; Keenan, Megan C. <MKeenan@oag.state.va.us>
**Subject:** [EXTERNAL] Maryland Clean Energy Center v. United States - Court of Federal Claims

Good morning Mr. Iarossi and Ms. Yang,

Please be advised that I represent the Virginia Department of Energy in connection with a case recently filed in the Court of Federal Claims captioned as *Virginia Department of Energy v. United States* Case No.: 1:26-cv-00268.

The case we have filed is directly related to *Maryland Clean Energy Center v. United States* Case No.: 1:25-cv-01738. Both cases involve allegations of breach of a grant award agreement under the Solar for All program and raise the same questions of law and fact. I have attached a copy of the Complaint filed in Virginia Energy's case so that you may compare it to the complaint filed in *Maryland Clean Energy Center*.

Because these cases are directly related, we intend to file a notice of directly related case and motions to transfer judicial assignment and consolidate *Virginia Energy* with *Maryland Clean Energy Center*. To be clear, our intended motion to transfer judicial assignment would seek to have *Virginia Energy* transferred to Judge Loren Smith, the judge assigned to *Maryland Clean Energy Center*. Before submitting these for filing, I wanted to see if you would consent to the motions to transfer and consolidate?

Please let me know your position on this request by the end of the day, if possible. (Apologies for the tight timeline.) I can make myself available during most times today if you would like to discuss this request further.

Thank you for your consideration of this request.

Sincerely,
Darrell Kuntz



**Darrell W Kuntz III | Assistant Attorney General II**
**Office of the Attorney General**
202 North 9th Street,
Richmond, Virginia 23219
O: (804) 371-5207 | M: | F: (804) 786-2650
DKuntz@oag.state.va.us
https://www.oag.state.va.us