**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

MARYLAND CLEAN ENERGY CENTER, STATE OF ARIZONA, CALIFORNIA PUBLIC UTILITIES COMMISSION, STATE OF COLORADO, STATE OF CONNECTICUT, DISTRICT OF COLUMBIA, STATE OF HAWAI'I, ILLINOIS FINANCE AUTHORITY, OFFICE OF THE GOVERNOR *EX REL*. ANDY BESHEAR, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF KENTUCKY, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, NEVADA CLEAN ENERGY FUND, STATE OF NEW JERSEY, STATE OF NEW MEXICO, NEW YORK STATE ENERGY RESEARCH AND DEVELOPMENT AUTHORITY, STATE OF NORTH CAROLINA, STATE OF OREGON, PENNSYLVANIA ENERGY DEVELOPMENT AUTHORITY, STATE OF RHODE ISLAND, STATE OF VERMONT, STATE OF WASHINGTON, WISCONSIN ECONOMIC DEVELOPMENT CORPORATION,

        Plaintiffs,

    v.

VIRGINIA DEPARTMENT OF ENRGY

        Consolidated Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

Civ. No. 25-1738
(Consolidated with No. 26-268)

(Senior Judge Smith)

**PLAINTIFFS' STATUS REPORT**

1

In response to this Court's Order on January 21, 2026, ECF No. 58, Plaintiffs and Consolidated Plaintiff respectfully submit this status report to apprise the Court of the progress in the federal district court litigation, *Arizona et al. v. U.S. EPA et al.*, No. 25-cv-02015 (W.D. Wash.).

In *Arizona v. EPA*, on the parties' joint motion, the district court entered an order setting a briefing schedule for summary judgment. ECF Nos. 124 (Motion), 125 (Order). Under that schedule, summary judgment briefing will conclude tomorrow—April 14, 2026—and the district court will hear oral argument on the cross motions for summary judgment on May 8, 2026. The parties' briefing to date is attached as Exhibits A, B, and C.

In this litigation, Plaintiffs maintain that the case should proceed because jurisdiction is undisputedly proper in this Court. *See* Exhibit B, Defendants' Motion at 10–17 (arguing that "Plaintiffs' Claims Belong in the Court of Federal Claims."). Likewise, this case need not wait for the district court litigation to conclude because, as the briefing there shows, the district court case turns on questions of statutory and constitutional interpretation, which have no bearing on this Court's ability to resolve the contractual questions of liability raised by Count I here. *See id.* at 21–31 (addressing Plaintiffs' statutory arguments on the interpretation of the "One Big Beautiful Bill" Act, constitutional arguments under the Appropriations Clause and separation of powers, and arbitrary and capricious arguments).

At the status conference in January, Defendant argued that this case should be stayed because "there will be similar concepts briefed on the merits with respect to liability," and "[t]here is some overlap in the issues that the Court would need to decide." Ex. D. Transcript at 6–7. Now that the merits are nearly fully briefed in the district court, however, it is only clearer that there is no overlap in the issues that this Court would need to decide on liability under Count I. Further, Defendant suggested for the first time at the status conference that the district court litigation

"could very well affect the type of affirmative defenses that [it] would have to plead in the answer." Ex. D, Transcript at 6. Yet Defendant has not once identified how the district court litigation would have any effect on the affirmative defenses it might raise in this Court. And since nothing in the district court litigation prevents the Defendant from filing, at a minimum, a response to Plaintiffs' complaint, this Court should allow the case to proceed at these .

If this Court is inclined to extend the stay, however, Plaintiffs respectfully request that the stay be extended no longer than two months, until June 22, 2026, at which point the parties can submit another status report to apprise the Court of how the district court litigation has progressed.

Dated: April 13, 2026

Respectfully submitted,

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

By: */s/ Lauren Gorodetsky*
Lauren Gorodetsky*
Keith M. Jamieson*
  *Assistant Attorneys General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-7057
LGorodetsky@oag.maryland.gov
kjamieson@oag.maryland.gov

*Counsel for the Maryland Clean Energy Center*

**KRISTIN K. MAYES**
ATTORNEY GENERAL OF ARIZONA

By */s/ Joshua A. Katz*
Mary M. Curtin
  *Senior Litigation Counsel*
Joshua A. Katz*
  *Assistant Attorney General*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-7000
Mary.curtin@azag.gov
Joshua.Katz@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

By: */s/ Dylan C. Redor*
Dylan C. Redor*
Theodore A. McCombs

**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

By: */s/ Carrie Noteboom*
Carrie Noteboom
  *Assistant Deputy Attorney General*

3

Marie Logan
Rebecca Hunter
  *Deputy Attorneys General*
Abigail Blodgett
Myung Park
  *Supervising Deputy Attorneys General*
California Department of Justice
300 S. Spring St.
Los Angeles, CA  90013
(213) 269-6706
dylan.redor@doj.ca.gov
marie.logan@doj.ca.gov

*Counsel for the California Public Utilities Commission*

**WILLIAM TONG**
ATTORNEY GENERAL OF CONNECTICUT

By: */s/ Jill Lacedonia*
Jill Lacedonia*
  *Assistant Attorney General*
Connecticut Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5250
jill.lacedonia@ct.gov

*Counsel for the State of Connecticut*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
  *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*

David Moskowitz*
  *Deputy Solicitor General*
Cynthia Vitale
  *Assistant Attorney General*
Colorado Office of the Attorney General
Ralph L. Carr Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203
(720) 508-6000
Carrie.Noteboom@coag.gov
David.Moskowitz@coag.gov
Cynthia.Vitale@coag.gov

*Counsel for the State of Colorado*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF
  COLUMBIA

By: */s/ William Stephens*
William Stephens*
  *Assistant Deputy Attorney General*
Lauren Marks
Lauren Cullum
  *Special Assistant Attorneys General*
Office of the Attorney General for the District
  of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C.  20001
William.Stephens@dc.gov
Lauren.marks@dc.gov
lauren.cullum@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

By: */s/ Katharine Roller*
Katharine Roller*
  *Complex Litigation Counsel*
Elizabeth B. Scott*

4

*Solicitor General*
Hawaiʻi Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**OFFICE OF THE GOVERNOR *ex rel.*
ANDY BESHEAR**
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
THE COMMONWEALTH OF KENTUCKY

By:  */s/ S. Travis Mayo*
S. Travis Mayo
  *General Counsel*
Taylor Payne
  *Chief Deputy General Counsel*
Laura C. Tipton
  *Deputy General Counsel*
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

*Counsel for the Office of the Governor*

**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

By: /s/ Amy Laura Cahn
Amy Laura Cahn*
  *Special Assistant Attorney General*
Terrence Vales
  *Assistant Attorney General*
Katherine Dirks*
  *Chief State Trial Counsel*
Vanessa Arslanian

*Assistant Attorney General*
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
(773) 519-1842
Katharine.roller@ilag.gov

*Counsel for Illinois Finance Authority*

**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

By: */s/ Caleb Elwell*
Caleb E. Elwell
  *Assistant Attorney General*
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8545
Caleb.elwell@maine.gov

*Counsel for the State of Maine*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Polly Synk*
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603

5

*State Trial Counsel*
One Ashburton Place
Boston, MA 02108
(617) 963-2277
amy.laura.cahn@mass.gov
terrence.vales@mass.gov
katherine.dirks@mass.gov
vanessa.arslanian@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

By: */s/ Ryan Pesch*
Ryan Pesch
Cat Rios-Keating
  *Special Assistant Attorneys General*
Brian Carter
  *Special Counsel*
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
651-728-7116
ryan.pesch@ag.state.mn.us
catherine.rios-keating@ag.state.mn.us
brian.carter@ag.state.mn.us

*Counsel for the State of Minnesota*

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Daniel Resler*
Daniel Resler
Lauren E. Van Driesen
Jack Ventura
  *Deputy Attorneys General*
Office of the Attorney General
33 Washington Street, Ninth Floor
Newark, NJ 07101
(973) 648-4726

GiovanattiN@michigan.gov
SynkP@michigan.gov

*Counsel for the State of Michigan*

**AARON D. FORD**
ATTORNEY GENERAL OF NEVADA

By: /s/ K. Brunetti Ireland
K. Brunetti Ireland*
  *Chief Deputy Attorney General*
  *Special Litigation*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Counsel for Nevada Clean Energy Fund*

**RAÚL TORREZ**
ATTORNEY GENERAL OF NEW MEXICO

By: */s/ J. Spenser Lotz*
J. Spenser Lotz*
  *Assistant Attorney General*
Environmental Protection Bureau
201 Third St. NW, Suite 300
Albuquerque, NM 87102
(505) 616-7560
slotz@nmdoj.gov

Daniel.Resler@law.njoag.gov

*Counsel for the State of New Jersey*

**LETITIA JAMES**
ATTORNEY GENERAL OF NEW YORK

By: */s/ Matthew Eisenson*
Matthew Eisenson*
  *Assistant Attorney General*
Kelsea Suarez*
  *Special Assistant Attorney General*
Environmental Protection Bureau
Office of the Attorney General
28 Liberty Street, 19th Floor
(212) 416-8481
matthew.eisenson@ag.ny.gov

*Counsel for the New York State Energy Research and Development Authority*

**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

By: /s/ *Coby Howell*
Coby Howell
  *Senior Assistant Attorney General*
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
coby.howell@doj.oregon.gov

*Counsel for the State of Oregon*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

*Counsel for the State of New Mexico*

**JEFF JACKSON**
ATTORNEY GENERAL OF NORTH CAROLINA

**LAURA HOWARD**
CHIEF DEPUTY ATTORNEY GENERAL

By /s/ Daniel T. Wilkes
Daniel T. Wilkes*
  *Assistant Deputy Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6415
dwilkes@ncdoj.gov

*Counsel for the State of North Carolina*

**PENNSYLVANIA ENERGY DEVELOPMENT AUTHORITY**

By: */s/ Michael J. Heilman*
Michael J. Heilman
  *Litigation Coordinator*
Michael A. Braymer
  *Chief Counsel*
Pennsylvania Department of Environmental Protection
Office of Chief Counsel
400 Waterfront Drive
Pittsburgh, PA 15222
Phone: 412-442-4241
Email: mheilman@pa.gov

*Counsel for Pennsylvania Energy Development Authority*

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

7

By: */s/ Nicholas M. Vaz*
Nicholas M. Vaz
  *Special Assistant Attorney General*
Office of the Attorney General
Environment and Energy Unit Chief
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 ext. 2297
nvaz@riag.ri.gov

*Counsel for the State of Rhode Island*

**NICHOLAS W. BROWN**
ATTORNEY GENERAL OF WASHINGTON

By: */s/ C. L. Junine So*
C. L. Junine So*
Sarah E. Smith-Levy*

  Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 464-7744
junine.so@atg.wa.gov
sarah.e.smith-levy@atg.wa.gov
*Counsel for the State of Washington*

By: */s/Darrell W. Kuntz, III*
Darrell W. Kuntz, III (VSB: 95491)*
*Assistant Attorney General*
Katherine Kulbok (VSB: 90853)
*Assistant Attorney General*
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 225-3643
dkuntz@oag.state.va.us
kkulbok@oag.state.va.us

*Counsel for the Virginia Department of Energy*

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
  *Solicitor General*
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

**WISCONSIN ECONOMIC DEVELOPMENT CORPORATION**

By: */s/ Jennifer H. Campbell*
Jennifer H. Campbell
  *Chief Legal Officer*
2352 S. Park St., Suite 303
Madison, WI 53713
(608) 210-6811
jennifer.campbell@wedc.org

*Counsel for Wisconsin Economic Development Corporation*

*\* Admitted to appear in this Court on behalf of Plaintiffs*