# In the United States Court of Federal Claims

Nos. 25-1738; 26-268 (consolidated)
Filed: August 7, 2026

|  |  |
|---|---|
| MARYLAND CLEAN ENERGY CENTER, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## SCHEDULING ORDER

On July 31, 2026, the Court heard oral argument on plaintiffs' motion for partial summary judgment.  *See* ECF No. 72.  After consideration of the parties' positions, the Court determined that a trial is necessary to establish whether damages exist to support a breach of contract action.  Accordingly, the Court **ORDERS** the following:

The parties **SHALL** meet-and-confer on or before **September 15, 2026,** to discuss the possibility of settlement.  In addition, the parties **SHALL** file a joint status report on or before **September 15, 2026**, that sets forth a proposed discovery plan, including deadlines, for the narrow issue of whether actual damages exist.  The report shall contain the same information as required by Rules of the Court of Federal Claims (RCFC) App'x A, ¶¶ 4–6.  The Court will also hold a telephonic pretrial scheduling conference on **September 16, 2026, at 3:00 PM ET**.  *See* RCFC 16(b)(2).  After the status conference, the Court will schedule a final pre-trial conference for five days before the trial.  *See* RCFC 16(e).

Tentatively, the Court expects to hold trial, not exceeding five days, between October 26, 2026, and November 6, 2026.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge