# In the United States Court of Federal Claims

Nos. 25-1738; 26-268 (consolidated)
Filed: September 17, 2026

MARYLAND CLEAN ENERGY CENTER, *et al.*,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

**ORDER**

On September 16, 2026, the Court held a telephonic status conference with the parties to discuss next steps in this matter. In a separately filed joint preliminary status report, plaintiffs requested that the Court bifurcate the trial of liability from damages. *See* Joint Prelim. Status Report, ECF No. 81 at 2. Plaintiffs also proposed that the Court use three "test" states to determine the threshold question of whether damages exist to support a breach of contract action. *Id.* In opposition, defendant asserted that liability and damages should not be bifurcated. *Id.* at 3. By defendant's account, "it would be inefficient and duplicative to hold a trial on whether actual damages exist, only to hold a later trial on the quantum of the damages." *Id.* In addition, the parties proposed competing discovery schedules. *See id.* at 9–11. After considering each party's position, the Court imposes the following schedule.

1. Fact discovery shall commence on **October 1, 2026**, and shall close on **April 15, 2027**;

2. The parties shall file a joint status report on or before **December 1, 2026**, that apprises the Court of the progress of fact discovery and the need, if any, for expert discovery;

3. The Court will hold a telephonic status conference on **December 2, 2026, at 3:00 p.m. EST** regarding the parties' joint status report;

4. Expert discovery (if necessary) shall close on **June 11, 2027**; and

5. A tentative trial date has been set for **August 8, 2027**.

Trial will determine whether plaintiffs have shown actual damages to establish liability on their breach of contract claim. The Court adopts plaintiffs' proposal to use California, Maryland, and Minnesota as "test" states. At this point, the Court does not expect trial to exceed two weeks.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge